177 A.3d 130

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DION L. CROMWELL, A/K/A MALIK CROMWELL, DEON CROMWELL, DION FLEMING, AND DEON FLEMING, AND MALIK CRON-WELL, DEFENDANT–PETITIONER.

C–443 September Term 2017
079698

December 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002941–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

177 A.3d 131

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. EY-VONNE ALEXANDER, A/K/A EYVONNE D. ALEXANDER, EVYONNE D. BULLOCK, DEFENDANT–PETITIONER.

C–449 September Term 2017
079738

December 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001124–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.